**THOMAS McC. SOUTHER**, BOARD CHAIR
**MARTIN S. NEEDELMAN, ESQ.**, EXECUTIVE DIRECTOR & CHIEF COUNSEL



**Brooklyn Legal Services Corporation A**
SHRIVER TYLER MACCRATE CENTER FOR JUSTICE

August 22, 2017

*Served and Filed By ECF*

Hon. William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *273 Lee Avenue Tenants Association et al. v. Steinmetz et al.*, 16 CV 6942 (WFK)(CLP)

Your Honor:

Along with our co-counsel Patterson, Belknap, Tyler & Webb, LLP, my office represents Plaintiffs in this action.  Following your Individual Motion Practice and Rule I.C.1, I write to request that a hearing of Plaintiffs Sara Oyola and Kathleen Santiago's application, by order to show cause, for a temporary restraining order against an eviction be scheduled for tomorrow.  We respectfully request a hearing for tomorrow because the eviction that Plaintiffs seek to enjoin can take place as soon as this Thursday, August 24, 2017.

As I note in my declaration included with the motion papers, earlier today I contacted counsel for Defendants and informed them of Plaintiffs' intention to make this motion this afternoon or tomorrow.  We conferred about the scheduling.  Counsel for Defendants requests that the application be heard tomorrow at 2pm.  Given the exigencies, Plaintiffs request that the application be heard at whatever time tomorrow the Court may be available.

The motion papers include the following:
(1) Proposed order to show cause
(2) Plaintiffs' Memorandum of Law in Support of the Preliminary Injunction and
    Temporary Restraining Order, dated August 22, 2017
(3) Declaration of Gregory E. Louis, dated August 22, 2017, with seven (7) exhibits
(4) Declaration of Kathleen Santiago, dated August 22, 2017
(5) Declaration of Sara Oyola, dated August 21, 2017
(6) Affidavit of Cindy Sanchez, dated October 8, 2015

Respectfully submitted,

Gregory E. Louis, Esq. (GL6417)
Deputy Program Director
Preserving Affordable Housing Program

**building communities, ensuring opportunity, achieving justice**

☐ 260 BROADWAY, SUITE 2, BROOKLYN NY 11211          ☐ 619 THROOP AVENUE, 3RD FLOOR, BROOKLYN NY 11216          ☐ 1455 MYRTLE AVENUE, 2ND FLOOR, BROOKLYN NY 11237

PHONE: 718-487-2300      FAX: 718-782-6790      WWW.BKA.ORG

**THOMAS McC. SOUTHER**, BOARD CHAIR
**MARTIN S. NEEDELMAN, ESQ.**, EXECUTIVE DIRECTOR & CHIEF COUNSEL



**Brooklyn Legal Services Corporation A**
SHRIVER TYLER MACCRATE CENTER FOR JUSTICE

Group Representation Unit

cc:    Hon. Cheryl F. Pollak (by ECF)
       Candace C. Carponter, Esq. (by ECF), counsel for Defendants
       Robert L. Rimberg, Esq. (by ECF), counsel for Defendants
       Efrem Tobias Schwalb, Esq. (by ECF), counsel for Defendants
       Kelly Christine Griffin-Fromm, Esq. (by ECF), counsel for Defendants
       Courtney E. Finerty-Stelzner, Esq. (by ECF), co-counsel for Plaintiffs
       Frederick B. Warder III, Esq. (by ECF), co-counsel for Plaintiffs
       Sara J. Wolkensdorfer, Esq. (by ECF), co-counsel for Plaintiffs

*building communities, ensuring opportunity, achieving justice*

☐ 260 BROADWAY, SUITE 2, BROOKLYN NY 11211    ☐ 619 THROOP AVENUE, 3RD FLOOR, BROOKLYN NY 11216    ☐ 1455 MYRTLE AVENUE, 2ND FLOOR, BROOKLYN NY 11237

PHONE: 718-487-2300    FAX: 718-782-6790    WWW.BKA.ORG